IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 4:08-963 |
| v. | ) |
| JESSE FOWLER | ) |

## STIPULATION AND AGREEMENT FOR
## FORFEITURE AND ABANDONMENT OF PROPERTY

The Defendant, JESSE FOWLER, hereby declares and stipulates that he is the sole true owner of the following items, which are in the lawful custody of the United States:

1. $9,467.00 in U.S. Currency seized on July 17, 2008, from the Defendant JESSE FOWLER

Defendant acknowledges and declares that the above-described property is subject to forfeiture pursuant to 21 U.S.C. §§ 853 and 881(a)(11), and 28 U.S.C. § 2461(c), and based upon its involvement in violations of federal criminal laws.

Defendant hereby agrees to voluntarily forfeit and abandon all right, title, and interest in the listed property. Defendant waives and releases any claim that Defendant might otherwise have made to them in the future.

Defendant waives any right Defendant might otherwise have had to receive notice or a hearing with respect to any motion, pleading, order, or any other action that the Government might take, in its sole discretion, to carry out the abandonment, disposition, and destruction of the property. Defendant's waiver includes, without limitation, all common law, statutory, and constitutional claims or challenges, on any grounds, arising at any time from, or relating to, the seizure, abandonment, disposition, and destruction of the property, including any such claim for attorney fees and litigation costs.

<u>Defendant</u> understands and agrees that abandonment or forfeiture of the above-described property shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court imposes upon him.

<u>Defendant</u> hereby releases, forever discharges, and agrees to hold the United States, its agents and employees, harmless from any claims whatsoever in connection with the seizure, abandonment, disposition, and destruction of the property.

I, JESSE FOWLER, further declare that I understand that I may not legally possess such property, and I have agreed to voluntarily forfeit and abandon all of my right, title and interest in the above-described property to the United States. I have further agreed that the forfeiture or abandonment of such property may, at the option of the United States, be accomplished through civil administrative, civil judicial, or abandonment proceedings, and I hereby waive any further notice of such action. I specifically waive any notice requirements and limitations on the time within which such forfeiture or abandonment proceedings may be commenced under any provision of law. I further specifically waive any Due Process, Double Jeopardy, Eighth Amendment or other constitutional challenges I may have or hereafter claim to have as a result of the forfeiture and abandonment of the said property.

| | |
|---|---|
| 1/27/2010 | _[signature]_ |
| Date | JESSE FOWLER, Defendant |
| 1/27/2010 | _[signature]_ |
| Date | Attorney for the Defendant |
| 1/27/10 | _[signature]_ |
| Date | Attorney for the United States |